UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EARL B. YOUNG (#105511)

VERSUS

CORNELL HUBERT, ET AL

CIVIL ACTION

NO. 07-644-JJB-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated April 22, 2008 (doc. no. 13) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendants' motion to dismiss is GRANTED as to defendants Cornel Hubert and Randell Escue and the claims against them are DISMISSED. Further, in all other respects the defendants' motion to dismiss is DENIED and this matter is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, this 8th day of May, 2008.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE