UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
MIDDLE DIST OF LA

2008 DEC 17  A 10: 29

BY DEPUTY CLERK

| | |
|---|---|
| EARL B. YOUNG (#105511) | |
| VERSUS | CIVIL ACTION |
| CORNELL HUBERT, ET AL | NO. 07-644-JJB-DLD |

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated November 25, 2008 (doc. no. 30) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's motion for summary judgment is DENIED and this matter is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, this 16th day of December, 2008.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE